IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Danita Vaughan, <br><br> Plaintiff, <br><br> vs. <br><br> Grand Brands, LLC d/b/a Grand Furniture, <br> A Virginia Limited Liability Company <br><br> Defendants. | Case No.: 2:19-cv-00596 |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Mr. Craig Stein

Matthew Forrest Stein Irrevocable Trust

Madison Nicole Stein Irrevocable Trust

Jerry's Incorporated

Dated: January 23, 2020                    Respectfully submitted,


/s/ *Ariel L. Stein*
Ariel L. Stein, Esq.
Virginia State Bar No. 84497
1305 Baker Road
Virginia Beach, VA 23455
Tel: 757-995-1111
Fax: 757-321-9290
E-mail: AStein@AllGrandBrands.com
Counsel for Defendant Grand Brands LLC

1